IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD DAVID FLEISCH | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations: 18 U.S.C. § 924(c)(1)(A), 982(a)(1), and 2; 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), 846, and 853; and 28 U.S.C. § 2461 |

COUNT ONE

**Conspiracy to Possess with Intent to Distribute
and Distribute a Controlled Substance**

The Grand Jury Charges:

From in or about 2023 through 2025, in the District of North Dakota, and elsewhere,

RICHARD DAVID FLEISCH

did knowingly and intentionally combine, conspire, confederate, and agree together and with others, both known and unknown to the grand jury, to possess with intent to distribute and distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## Overt Acts

In furtherance of this conspiracy and to effect and accomplish its objects, one or more conspirators committed the following overt acts:

1. It was a part of said conspiracy that the defendant and others would and did distribute and possess with intent to distribute cocaine, a Schedule II controlled substance, in the state of North Dakota, and elsewhere;

2. It was further a part of said conspiracy that one or more of the conspirators arranged the transfer of cocaine, a Schedule II controlled substance, from outside the State of North Dakota, into the State of North Dakota;

3. It was a part of said conspiracy that the defendant and others would and did distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in or near Fargo, North Dakota, and elsewhere, including but not limited to:

    (a) On or about July 16, 2025, RICHARD DAVID FLEISCH, individually, and by aiding and abetting, distributed a controlled substance, namely, a mixture and substance of a detectable amount of cocaine, in or near Fargo, North Dakota;

    (b) On or about July 16, 2025, RICHARD DAVID FLEISCH, individually, and by aiding and abetting, possessed with intent to distribute a controlled substance, namely, approximately 1,875 grams of a mixture and substance of a detectable amount of cocaine, in or near Fargo, North Dakota;

4.  It was further a part of said conspiracy that certain conspirators sought and located users of cocaine to purchase controlled substances from other conspirators;

5.  It was further a part of said conspiracy that certain conspirators sought and located sub-distributors of cocaine for other conspirators;

6.  It was further a part of said conspiracy that one or more conspirators collected money from other persons to purchase cocaine;

7.  It was further a part of said conspiracy that the defendant and others would and did attempt to conceal their activities;

8.  It was further a part of said conspiracy that the defendant and others would and did use United States currency in their drug transactions;

9.  It was further a part of said conspiracy that the defendant and others would and did use telecommunication facilities, including cellular telephones, to facilitate the distribution of cocaine;

10. It was further a part of said conspiracy that one or more conspirators would and did use messaging applications, including but not limited to Signal, to facilitate the distribution of cocaine;

In violation of Title 21, United States Code, Section 846, Pinkerton v. United States, 328 U.S. 640 (1946).

## COUNT TWO

### Distribution of a Controlled Substance

The Grand Jury Further Charges:

On or about July 16, 2025, in the District of North Dakota,

RICHARD DAVID FLEISCH,

individually, and by aiding and abetting, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and Title 18, United States Code, Section 2.

## COUNT THREE

**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury Further Charges:

On or about July 16, 2025, in the District of North Dakota,

RICHARD DAVID FLEISCH,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute approximately 1,875 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B); and Title 18, United States Code, Section 2.

## COUNT FOUR

**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

The Grand Jury Further Charges:

In or about July 2025, in the District of North Dakota,

### RICHARD DAVID FLEISCH

did knowingly possess one or more firearms, namely:

- One Ruger, Model SR22, .22LR pistol, bearing Serial Number 366-61791; and

- One Taurus, Model Tracker, .357 magnum revolver, bearing Serial Number GW830468,

in furtherance of a drug trafficking crime for which RICHARD DAVID FLEISCH may be prosecuted in a court of the United States, to wit: Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances, as set forth in Count One of this Indictment; Distribution of a Controlled Substance, as set forth in Count Two of this Indictment; and Possession with Intent to Distribute a Controlled Substance, as set forth in Count Three of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A), and 2.

FORFEITURE NOTICE

Upon conviction of the offenses alleged in this Indictment,

RICHARD DAVID FLEISCH

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853(a); and Title 28, United States Code, Section 2461(c), all right, title, and interest in any of the property constituting or derived from proceeds obtained directly or indirectly as a result of the violations of Title 18, United States Code, Section 924(c), and Title 21, United States Code, Sections 841 and 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, and a sum of money equal to the total amount of proceeds obtained as a result of the offenses, including, but not limited to:

- Approximately $165,603 U.S. Currency seized from RICHARD DAVID FLEISCH on or about July 16, 2025;

- One Ruger, Model SR22, .22LR pistol, bearing Serial Number 366-61791;

- One Taurus, Model Tracker, .357 magnum revolver, bearing Serial Number GW830468;

- Assorted ammunition; and

- a sum of money representing the amount of gross proceeds derived and obtained as a result of the offenses alleged against the defendant in this Indictment;

If any of the forfeitable property as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

          A TRUE BILL:

          /s/ Foreperson
          Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

DMD/vlt