IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Richard David Fleisch,<br><br>　　　　　　　　Defendant. | **MOTION TO CONTINUE JURY TRIAL**<br><br>Case No.: 3:25-cr-169 |

　　　　Defendant, Richard David Fleisch, by and through his attorney of record, Nicole L. Bredahl, Barkus Law Firm, P.C., 3431 4th Avenue South, Suite 201, Fargo, North Dakota 58103, moves this Honorable Court to continue his jury trial currently scheduled to begin on October 7, 2025, at 9:30 a.m. to a later date.

　　　　Undersigned counsel needs additional time to review the discovery with Mr. Fleisch, do investigation, work through more negotiations with the Government, and have a meaningful conversation with Mr. Fleisch about how he would like to proceed with his case.

　　　　Undersigned counsel has spoken with AUSA, Dawn Deitz, and the government has no objection to this continuance request.

　　　　Undersigned counsel further represents that this request is not made for undue delay or any other improper reason. A Waiver of Speedy Trial, signed by the Defendant, has been filed herewith.

1

Dated this 18th day of September, 2025.

                Respectfully submitted,

                BARKUS LAW FIRM, P.C.

                */s/ Nicole Bredahl*
                Nicole L. Bredahl, ND ID #08467
                3431 4th Avenue South, Suite 201
                Fargo, North Dakota 58103
                Tele: 701-532-2498
                Fax: 701-298-9362
                Email: nicole@barkuslawfirm.com
                Eservice: eservice@barkuslawfirm.com
                ATTORNEYS FOR DEFENDANT