# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiffs,<br><br>vs.<br><br>Richard David Fleisch<br><br>    Defendant. | **DEFENDANT'S ATTORNEY'S MOTION TO WITHDRAWAL AS ATTORNEY OF RECORD**<br><br>Case No.: 3:25-cr-169 |

[¶1]  PLEASE TAKE NOTICE that the undersigned moves to withdraw as counsel in this matter pursuant North Dakota Rules of Professional Conduct Rule 1.6 and 1.7 (c).

- Undersigned counsel reasonably believes that withdrawal can be accomplished without material adverse effect on the interest of the Defendant Richard David Fleisch;
- The undersigned while reviewing discovery in this matter has an ethical duty to an individual discussed within the discovery as a potential unindicted co-defendant.

[¶2]  Undersigned Counsel requests that Richard David Fleisch be appointed a new public defender assume this case and that Ms. Bredahl is discharged as his counsel of record.

Dated this 10th day of October, 2025.

    Respectfully submitted,

    BARKUS LAW FIRM, P.C.

    */s/ Nicole Bredahl*
    _____
    Nicole L. Bredahl, ND ID#08467
    3431 4th Avenue South, Suite 201
    Fargo, North Dakota 58103
    Tele: (701) 532-2498
    Fax: (701) 298-9362
    E-service: eservice@barkuslawfirm.com
    Email: nicole@barkuslawfirm.com
    ATTORNEYS FOR DEFENDANT