IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United State of America,<br>                      Plaintiff,<br><br>vs.<br><br>Richard David Fleisch,<br>                      Defendant. | Case No.: 3:25-CR-00169<br><br>**MOTION TO CONTINUE TRIAL** |

COMES NOW the Defendant, Richard David Fleisch, by and through his attorney, Zachary S. Tomczik, and moves the Court for its Order to continue trial currently set for February 10, 2026. The continuance is made neither for purposes of undue delay nor other improper reason.

Counsel for the Defendant has a scheduling conflict, which was set prior to Counsel's appointment in the instant case and will be preparing for a trial in a different case. Furthermore, additional time is necessary to review discovery and to adequately prepare for trial. In the interest in judicial economy, the undersigned is requesting a continuance in the above-captioned case. AUSA Deitz has been consulted and does not object to a continuance. The Defendant is contemporaneously filing a Waiver of Speedy Trial Rights.

WHEREFORE, Defendant Richard David Fleisch respectfully requests that the Court continue his trial setting for the above-stated reasons, and further, that all related deadlines be continued.

Dated this 14th day of November, 2025.

                                                                                   _____
                                                                                   Zachary S. Tomczik, (ND ID#09454)
                                                                                   Rosenquist, Law Office
                                                                                   2750 S 26th St, Ste C
                                                                                  Grand Forks, ND  58201
                                                                                  Phone: (701) 775-0654
                                                                                  Zachary@rosenquistlawoffice.com
                                                                                  *Attorney for Defendant*