## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United State of America,<br>                        Plaintiff,<br><br>vs.<br><br>Richard David Fleisch,<br><br>                        Defendant. | Case No.: 3:25-CR-00169<br><br>**MOTION TO WITHDRAW** |

**TO: THE COURT AND THE GOVERNMENT AND THE DEFENDANT.**

**NOW COMES** the undersigned CJA appointed counsel of record, Zachary S. Tomczik, who does now move the Court for its Order permitting him to withdraw from the representation of the Defendant, Richard David Fleisch, based on the following timeline of events and present situation.

1. On March 5, 2026, Mr. Tomczik was extended an offer of employment with Legal Services of North Dakota. Mr. Tomczik accepted that offer of employment on March 6, 2026, with a pending start date of April 6, 2026, but noted that he would need guidance on how to handle any pending Federal CJA appointment cases in light of the same.

2. On March 9, 2026, Mr. Tomczik corresponded with Deputy in Charge Todd Dudgeon asking for advice or direction as to how to proceed with his CJA appointed cases given the situation. In response, it was opined by Mr. Dudgeon that Mr. Tomczik should seek to withdraw in his CJA appointed cases to allow for the timely appointment of new counsel and payment of vouchers. Counsel for the Government does not object to the withdrawal.

**WHEREFORE**, the undersigned counsel respectfully requests that the Court grant this Motion and issue an Order permitting him to withdraw from the representation of the Defendant based on the same and for the appointment of new counsel for Defendant in light of such

withdrawal.

        Dated this 10th day of March, 2026.

Zachary S. Tomczik (ND #09454)
Rosenquist Law Office
2750 S. 26th St., Suite C
Grand Forks, ND  58201
Telephone: (701) 775-0654
Fax No: (701) 772-0855
Zachary@rosenquistlawoffice.com
*Attorney for Defendant*

## **Certificate of Service**

        I hereby certify that on March 10th, 2026, I electronically filed the foregoing with the Clerk of Court for the District of North Dakota by using the CM/ECF system. I certify that counsel for the Government is a registered CM/ECF user and that service will be accomplished by the CM/ECF system.

        Finally, I certify that Defendant was served with a copy of the same via email or U.S. mail at their last known address of record and/or the detention facility where they are currently being held, being:

Richard David Fleisch
1104 19th St N, Apt 2
Fargo, ND 58102
richthesignguy1968@gmail.com

Zachary S. Tomczik (ND #09454)
*Attorney for Defendant*