**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| United State of America,<br>                        Plaintiff,<br><br>vs.<br><br>Richard David Fleisch,<br>                        Defendant. | Case No.: 3:25-CR-00169<br><br>**MOTION TO MODIFY CONDITIONS OF**<br>**PRETRIAL RELEASE** |

COMES NOW the Defendant, Richard David Fleisch, by and through his attorney of record, Patrick S. Rosenquist, respectfully moves this Honorable Court for an order modifying the conditions of his pretrial release. In support of this Motion, the Defendant states he has successfully completed the treatment program with ShareHouse and Sober Living and now seeks permission to transition to independent living in Fargo, ND (See attached ShareHouse Reference Letter as Exhibit 1).

Mr. Fleisch has identified a suitable rental property located at 725 Countryside Trailer Court, Fargo, ND 58103, and has secured a lease agreement for the property, which is ready to be executed upon approval by the Court (See attached Lease Agreement as Exhibit 2).

This request reflects a positive and structured step toward stability, accountability and reintegration into the community. The Defendant will continue to actively participate in outpatient treatment programs and will comply with all recommended services and conditions, including any substance use monitoring, counseling, or other requirements imposed by the Court or Pretrial Services.

The requested modification will not pose a risk to public safety or Mr. Fleisch's appearance in court. The Defendant has complied with all prior conditions of release and remains committed

1

to abiding by all court orders. Allowing Mr. Fleisch to reside independently while continuing outpatient treatment is consistent with his progress and serves the interests of justice.

## CONCLUSION

It is for the above-stated reasons Mr. Fleisch requests the Court issue an Order Modifying Conditions of Pretrial Release and that he be allowed to move to independent living in a rental property in Fargo, ND.  Mr. Fleisch does not request a hearing on this matter.

Dated this 11TH day of May, 2026.

Patrick S. Rosenquist (ND #06921)
Rosenquist Law Office
2750 S 26th St, Ste C
Grand Forks, ND  58201
Phone: (701) 775-0654
Fax:    (701) 772-0855
patrick@rosenquistlawoffice.com
*Attorney for Defendant*

2