**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| United State of America,<br><br>Plaintiff,<br><br>vs.<br><br>Richard David Fleisch,<br><br>Defendant. | Case No.: 3:25-CR-00169<br><br>**DEFENDANT'S MOTION TO CONTINUE TRIAL** |

COMES NOW the Defendant, Richard David Fleisch, by and through his attorney, Patrick S. Rosenquist, and moves the Court for an Order to continue trial currently set for November 17, 2026. The continuance is made neither for purposes of undue delay nor other improper reason.

The Parties are actively engaged in potential resolution discussions and require additional time to determine whether a resolution can be reached without the need for trial. In the interest of judicial economy, the undersigned is requesting a continuance in the above-captioned case. The United States Attorney's Office, specifically Dawn Dietz, has been consulted on this matter and does not object to a continuance.

The Defendant is filing a Waiver of Speedy Trial Rights contemporaneously with this motion.

WHEREFORE, Defendant Richard David Fleisch, by and through his attorney, Patrick S. Rosenquist, respectfully requests that the Court continue his trial setting for the above-stated reasons, and further, that all related deadlines be continued.

Dated this 4th day of November, 2026.

Patrick S. Rosenquist, (ND ID#06921)
Rosenquist, Law Office
2750 South 26th Street, Ste C
Grand Forks, ND 58201
Phone: (701) 775-0654
patrick@rosenquistlawoffice.com
*Attorney for Defendant*